Carol Stuehrk and Charles A. Stuehrk, Plaintiffs-Appellants, v. Raymond J. Bartlett, doing business as Commodore Tap, et al., Defendants-Appellees.

Gen. No. 11,133.

Second District, First Division.
January 13, 1958.
Rehearing denied February 4, 1958.
Released for publication February 4, 1958.

Mc-Clory, Bairstow & Anderson (Robert McClory, and David K. Anderson, of counsel) for plaintiffs-appellants; William J. Crowley, for appellees. Opinion by JUSTICE McNEAL. **Not to be published in full.**